DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDERICK J. KEITEL, III,**
Appellant,

v.

**PETER J. CALLAHAN,** et al.,
Appellees.

No. 4D2023-0275

[April 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502018CA003840.

Frederick J. Keitel, III, Palm Beach, pro se.

Terry E. Resk and Gary A. Woodfield of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***